**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BAYARTULGA AVIRMED,<br><br>                    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY (DHS); KRISTI NOEM, in her official capacity as Secretary of the DHS; U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS); KIKA SCOTT, in her official capacity as Senior Official Performing the Duties of the Director of USCIS; CUSTOMS AND BORDER PROTECTION (CBP); PETE R. FLORES, in his official capacity as Acting Commissioner of CBP; IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); TODD LYONS, in his official capacity as Acting Director of ICE; U.S. DEPARTMENT OF JUSTICE (DOJ); and PAMELA BONDI, in her official capacity as Attorney General,<br><br>                    Defendants. | Case No.:  25-cv-1310-DMS-DEB<br><br>**ORDER REQUIRING RESPONSE TO APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

Pending before the Court is Plaintiff's Application for Temporary Restraining Order.

1

(ECF No. 3). Defendants are hereby ordered to file any response in opposition by **Tuesday, May 27, 2025** at **4:30 PM**. Plaintiff may file a reply by **Thursday, May 29, 2025** at **4:30 PM**. The Court sets the Temporary Restraining Order for hearing on **Friday, May 30, 2025** at **1:30 PM** in **Courtroom 13A**.

**IT IS SO ORDERED**.

Dated: May 22, 2025

*/s/ Dana M. Sabraw*
Hon. Dana M. Sabraw
United States District Judge