# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYARTULGA AVIRMED,<br><br>  Plaintiff-Petitioner,<br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, in her official capacity as Secretary of the DHS, U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS); KIKA SCOTT, in her official capacity as Senior Official Performing the Duties of the Director of USCIS; CUSTOMS AND BORDER PROTECTION (CBP); PETE R. FLORES, in his official capacity as Acting Commissioner of CBP; IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); TODD LYONS, in his official capacity as Acting Director of ICE; U.S. DEPARTMENT OF JUSTICE (DOJ); and PAMELA BONDI, in her official capacity as Attorney General<br><br>  Defendants. | Case No.: 25CV1310 DMS DEB<br><br>**ORDER RESETTING HEARING AND BRIEFING DATES** |

1   Having reviewed the parties' Joint Motion to Postpone TRO Hearing and
2   Extend Briefing Schedule, and good cause showing,
3
4   IT IS ORDERED that the Parties' Joint Motion is granted and the TRO
5   Hearing is postponed to **June 12, 2025** at **1:30 PM** in **Courtroom 13A**.
6
7   IT IS FURTHER ORDERED that Plaintiff shall have until **June 11, 2025** at
8   4:30 PM to file his reply.
9   **IT IS SO ORDERED**.
10
11  Dated:  May 30, 2025
12
                                                    Hon. Dana M. Sabraw
13                                                  United States District Judge