# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

BAYARTULGA AVIRMED,

Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY (DHS); KRISTI NOEM, in
her official capacity as Secretary of the
DHS; U.S. CITIZENSHIP AND
IMMIGRATION SERVICES (USCIS);
KIKA SCOTT, in her official capacity as
Senior Official Performing the Duties of
the Director of USCIS; CUSTOMS AND
BORDER PROTECTION (CBP); PETE
R. FLORES, in his official capacity as
Acting Commissioner of CBP;
IMMIGRATION AND CUSTOMS
ENFORCEMENT (ICE); TODD LYONS,
in his official capacity as Acting Director
of ICE; U.S. DEPARTMENT OF
JUSTICE (DOJ); and PAMELA BONDI,
in her official capacity as Attorney
General,

Defendants.

Case No.:  25-cv-1310-DMS-DEB

**ORDER VACATING TEMPORARY
RESTRAINING ORDER HEARING
AND SETTING PRELIMINARY
INJUNCTION HEARING AND
BRIEFING DATES**

1

The Court is in receipt of the parties' reply and response briefing to Plaintiff's motion for temporary restraining order. (ECF Nos. 12–13). The Court hereby **VACATES** the hearing on Plaintiff's motion for temporary restraining order set for June 12, 2025 at 1:30 PM. The Court further sets for hearing Plaintiff's motion for preliminary injunction on **July 9, 2025** at **1:30 PM** in **Courtroom 13A**. Plaintiff shall have until **June 23, 2025** to file their motion for preliminary injunction. The Defendants shall have until **June 30, 2025** to file their response in opposition. Plaintiff shall have until **July 7, 2025** to file his reply.

**IT IS SO ORDERED**.

Dated:  June 12, 2025

Hon. Dana M. Sabraw
United States District Judge

25-cv-1310-DMS-DEB