# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYARTULGA AVIRMED,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY (DHS); KRISTI NOEM, in her official capacity as Secretary of the DHS; U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS); KIKA SCOTT, in her official capacity as Senior Official Performing the Duties of the Director of USCIS; CUSTOMS AND BORDER PROTECTION (CBP); PETER R. FLORES, in his official capacity as Acting Commissioner of CBP; IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); TODD LYONS, in his official capacity as Acting Director of ICE; U.S. DEPARTMENT OF JUSTICE (DOJ); and PAMELA BONDI, in her official capacity as Attorney General,<br><br>　　　　　　　　　　Defendants. | Case No.:  25-cv-1310-DMS-DEB<br><br>**ORDER RESETTING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

1   A hearing on Plaintiff's motion for preliminary injunction is currently scheduled for
2   July 9, 2025 at 1:30 PM in Courtroom 13A. Due to a conflict in the Court's schedule, the
3   hearing is hereby **RESET** to **July 9, 2025** at **2:30 PM** in **Courtroom 13A**.

4   **IT IS SO ORDERED**.

5   Dated: July 2, 2025

Hon. Dana M. Sabraw
United States District Judge