1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYARTULGA AVIRMED,<br><br>                      Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY (DHS); KRISTI NOEM, in her official capacity as Secretary of the DHS; U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS); KIKA SCOTT, in her official capacity as Senior Official Performing the Duties of the Director of USCIS; CUSTOMS AND BORDER PROTECTION (CBP); PETE R. FLORES, in his official capacity as Acting Commissioner of CBP; IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); TODD LYONS, in his official capacity as Acting Director of ICE; U.S. DEPARTMENT OF JUSTICE (DOJ); and PAMELA BONDI, in her official capacity as Attorney General,<br><br>                      Defendants. | Case No.:  25-cv-1310-DMS-DEB<br><br>**ORDER PROVIDING DIAL-IN NUMBER** |

For the July 9, 2025 hearing, the dial-in number for any counsel who wish to listen in only and members of the news media is as follows:

    a.    Dial the toll free number: **571-353-2301**;

    b.    Enter the Access Code: **151416184** (Participants will be put on hold until the Court activates the conference call).

Members of the general public may attend in person. All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court

**IT IS SO ORDERED.**

Dated: July 8, 2025

Hon. Dana M. Sabraw
United States District Judge