# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYARTULGA AVIRMED,<br><br>                      Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY (DHS); KRISTI NOEM, in her official capacity as Secretary of the DHS; U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS); KIKA SCOTT, in her official capacity as Senior Official Performing the Duties of the Director of USCIS; CUSTOMS AND BORDER PROTECTION (CBP); PETE R. FLORES, in his official capacity as Acting Commissioner of CBP; IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); TODD LYONS, in his official capacity as Acting Director of ICE; U.S. DEPARTMENT OF JUSTICE (DOJ); and PAMELA BONDI, in her official capacity as Attorney General,<br><br>                      Defendants. | Case No.:  25-cv-01310-DMS-DEB<br><br>**ORDER APPROVING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**[ECF No. 28]** |

Presently before the Court is the Parties' Joint Motion to Extend Responsive Pleading Deadline ("Joint Motion"). (ECF No. 28). Good cause appearing, the Court **GRANTS** the Joint Motion. Defendants shall file their responsive pleading on or before **December 16, 2025**.

**IT IS SO ORDERED.**

Dated: November 25, 2025

Hon. Dana M. Sabraw
United States District Judge